# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2013

147954 & (22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHIGAN FINANCE AUTHORITY,
     Plaintiff/
     Counter-Defendant-Appellant,

v

SC: 147954
COA: 318451
Ingham CC: 13-000528-CZ

HANS KIEBLER and DONOVAN VISSER,
     Defendants/
     Counter-Plaintiffs-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

MARKMAN, J. I would grant the application for leave to appeal for the reasons generally set forth in my statement of October 16, 2013, in *Mich Fin Auth v Kiebler*, 495 Mich ___ (2013) (Docket No. 147804).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2013



Clerk

t1112